UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABEL SISCO, on behalf of himself and all
others similarly situated,

                                Plaintiff,

    v.

XPRESS DISTRIBUTION, INC, SMART USA
INC., JAMSHID SOLEIMANY-KASHI., ABC
CO. 1 through 10, and JOHN DOE 1 through
10,

                                Defendants.
-------------------------------------------------------------X

JUDGMENT

21-cv-00718 (BMC)

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 5, 2021; and Defendants having offered to allow judgment in this action to be taken against them and in favor of Plaintiff ABEL SISCO, in the sum of $21,000, including all attorneys' fees and costs now accrued; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on May 5, 2021, directing the Clerk of Court to enter judgment accordingly; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of plaintiff ABEL SISCO and against Defendants in the sum of $21,000, including all attorneys' fees and costs now accrued.

Dated: Brooklyn, New York
         May 5, 2021

                                                       Douglas C. Palmer

                                       By:   */s/Jalitza Poveda*
                                                Deputy Clerk